IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

OTHA L. ABNEY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
Petitioner,                          DISPOSITION THEREOF IF FILED

v.                                   CASE NO. 1D14-4645

STATE OF FLORIDA,

Respondent.
_____/

Opinion filed November 13, 2014.

Petition for Writ of Prohibition -- Original Jurisdiction.

Otha L. Abney, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

BENTON, ROBERTS, and RAY, JJ., CONCUR.